Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−11404−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James B. Pawson
   138 Pine Street
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−6167

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/29/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 29, 2019
JAN: apc

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James B. Pawson  
     Debtor

Case No. 19-11404-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 29, 2019  
                        Form ID: 148      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
```
db              +James B. Pawson,    138 Pine Street,    Cliffside Park, NJ 07010-1018
518074234       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517983476       +Chase Bank/Bankruptcy,    Attn. Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                  Monroe, LA 71203-4774
517983479      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                  GRAND RAPIDS MI 49546-6253
                 (address filed with court:  Fifth Third Bank,    38 Fountain Square Plaza,
                  Cincinnati, OH 45263)
518031101       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
517983481       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518120897       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:37      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517983474      +EDI: ARSN.COM Apr 30 2019 03:48:00      ARS National Services,    P.O. Box 469100,
                  Escondido, CA 92046-9100
517983475      +EDI: CAPITALONE.COM Apr 30 2019 03:48:00      Capital One,    Bankruptcy Dept,    P.O. Box 30273,
                  Salt Lake City, UT 84130-0273
517983477      +EDI: CITICORP.COM Apr 30 2019 03:48:00      Citibank,    P.O. Box 6500,
                  Sioux Falls, SD 57117-6500
517983478       EDI: DISCOVER.COM Apr 30 2019 03:48:00      Discover,    PO Box 30943,    Salt Lake City, UT 84130
517983480      +EDI: TSYS2.COM Apr 30 2019 03:48:00      Juniper Bank/Barclay's,    P.O. Box 13337,
                  Philadelphia, PA 19101-3337
518066728       EDI: RESURGENT.COM Apr 30 2019 03:48:00      LVNV Funding, LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 8

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517985170       Joseph Pawson
517985169       Robert Montrose
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Fifth Third Bank rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Debtor James B. Pawson sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```