Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11404−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James B. Pawson
138 Pine Street
Cliffside Park, NJ 07010

Social Security No.:
xxx−xx−6167

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/24/21 at 10:00 AM

to consider and act upon the following:

*41* − Certification In Objection to Certification of Default (related document:39 Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Gavin Stewart on behalf of Fifth Third Bank. Objection deadline is 01/27/2021. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Fifth Third Bank) filed by Steven J. Abelson on behalf of James B. Pawson. (Abelson, Steven)

Dated: 1/25/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court