Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−11404−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James B. Pawson
   138 Pine Street
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−6167

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/24/21 at 10:00 AM

to consider and act upon the following:

*41* − Certification In Objection to Certification of Default (related document:39 Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Gavin Stewart on behalf of Fifth Third Bank. Objection deadline is 01/27/2021. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Fifth Third Bank) filed by Steven J. Abelson on behalf of James B. Pawson. (Abelson, Steven)

Dated: 1/25/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 19-11404-SLM
James B. Pawson                                                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                       Page 1 of 2
Date Rcvd: Jan 25, 2021                Form ID: ntchrgbk                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James B. Pawson, 138 Pine Street, Cliffside Park, NJ 07010-1018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021                                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Fifth Third Bank bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Fifth Third Bank rsolarz@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor James B. Pawson sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Jan 25, 2021      Form ID: ntchrgbk      Total Noticed: 1
TOTAL: 6