| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | **Order Filed on March 1, 2021**<br>**by Clerk,**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>James B. Pawson<br><br>Debtor. | Chapter: 13<br><br>Case No.: 19-11404-SLM<br><br>Hearing Date: February 24, 2021<br><br>Judge Stacey L. Meisel |

**CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 1, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:            James B. Pawson
Case No.:          19-11404-SLM
Caption of Order:  **CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION
                   OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default

("COD") filed by Fifth Third Bank, N.A. ("Creditor"), and whereas the post-petition arrearage was

$2,983.50 as of February 18, 2021, and whereas the Debtor and Creditor seek to resolve the COD,

it is hereby **ORDERED**:

1.    The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Movant's interest in the following property: **2017 Kia Forte; VIN: KNAFK5A89H5678442**

("Property") provided that the Debtor complies with the following:

   a. Beginning on or before the March 23, 2021 payment and continuing on the 23rd day

   of each subsequent month until paid in full, the Debtor shall cure the post-petition

   arrearage, $2,983.50, by remitting six (6) consecutive monthly payments of

   $497.25 each directly to Creditor; and

   b. The Debtor shall also resume making the regular contractual monthly payments

   directly to Creditor as each becomes due, beginning with the March 23rd, 2021

   payment and continuing thereon per the terms of the underlying loan; and

   c. Remain current on all post-petition payment obligations, as well as all payments

   being paid through the Chapter 13 Plan.

2.    All payments due hereunder shall be sent directly to Creditor at the following

address: **Fifth Third Bank, N.A., 1830 East Paris S.E., MD#RSCB3E Grand Rapids,
Michigan 49546**.

3.      The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to  be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Steven J. Abelson*                              */s/Gavin N. Stewart*
Steven J. Abelson, Esquire                   Gavin N. Stewart, Esq.
Abelson Law Offices                             Stewart Legal Group, P.L.
80 West Main Street, PO Box 7005      401 East Jackson Street, Suite 2340
Freehold, NJ 07728                              Tampa, FL 33602
*Counsel to Debtor*                              *Counsel to Creditor*