UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtors

In Re:
JAMES B PAWSON

Case No.: 19-11404
Chapter: 13
Judge: SLM

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    James B. Pawson, Debtor
(Example: John Smith, creditor)

Old address:    138 Pine Street
Cliffside Park, NJ 07010

New address:    140 Pine Street
Cliffside Park, NJ 07010

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    2/12/2024                    /s/ Steven J. Abelson
                                       Signature

rev.2/1/16